No. 71–1213. DeSapio v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice White took no part in the consideration or decision of this petition.

No. 71–1174. United Transportation Union v. Georgia Railroad. C. A. 5th Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 71–6235. Telephone Users Association, Inc. v. Public Service Commission of the District of Columbia et al. Ct. App. D. C. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 71–6271. Telephone Users Association, Inc. v. Public Service Commission of the District of Columbia et al. C. A. D. C. Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 71–1198. Texas Highway Department et al. v. Named Individuals. C. A. 5th Cir. Motions of Citizens Committee for Completion of the North Expressway et al. and Greater San Antonio Chamber of Commerce for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 71–1317. School Board of the City of Norfolk, Virginia, et al. v. Brewer et al. C. A. 4th Cir. Motion of respondents to vacate stay of mandate of the United States Court of Appeals for the Fourth Circuit granted. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this motion and petition.